UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES D. LEWIS,

                      Plaintiff,

      -against-

AMERICAN EXPRESS CO., ET AL.,

                      Defendants.

24-CV-6626 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated September 6, 2024, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. An IFP application and prisoner authorization were attached to the order for Plaintiff's convenience.

      On October 7, 2024, the Court received from Plaintiff a handwritten, fabricated check that is clearly not a valid form of payment. The clerk's office returned that document to Plaintiff on October 10, 2024, and informed him that the document had been rejected as payment for filing this case.

      Plaintiff has not filed an IFP application and prisoner authorization or paid the filing fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   November 12, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge