UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES D. LEWIS,<br><br>       Plaintiff,<br><br>  -against-<br><br>AMERICAN EXPRESS CO., ET AL.,<br><br>       Defendants. | 24cv6626 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 12, 2024, order, this action is dismissed. The complaint is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).  SO ORDERED.

Dated: November 14, 2024
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
               Chief United States District Judge